GARY RESTAINO
United States Attorney
District of Arizona
CHONG-HO CHUNG
Arizona State Bar No. 027730
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Chong-Ho.Chung@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

FEB 1 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Carlos Abraham Merino-Cobos,<br>2. Maria Carmen Correa-Ruiz, and<br>3. Carlos Angel Merino-Correa,<br><br>Defendants. | No. CR-25-00193-PHX-MTL (DMF)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C §§ 1324(a)(1)(A)(iii), and (a)(1)(A)(v)(I), and (a)(1)(B)(i)<br>(Conspiracy to Harbor Illegal Aliens)<br>**Count 1**<br><br>8 U.S.C §§ 1324(a)(1)(A)(iii), and (a)(1)(B)(i)<br>(Harbor Illegal Aliens for Profit)<br>**Count 2**<br><br>8 U.S.C. § 1324(b),<br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

**Conspiracy to Harbor Illegal Aliens**

Beginning on an unknown date and continuing through on or about January 14, 2025, in the District of Arizona, defendants, CARLOS ABRAHAM MERINO-COBOS, MARIA CARMEN CORREA-RUIZ, AND CARLOS ANGEL MERINO-CORREA, and

others known and unknown to the grand jury, with the intent to violate the immigration laws of the United States, did knowing and in reckless disregard of the fact that certain aliens, had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally combine, confederate, conspire, and agree to conceal, harbor, and shield from detection such aliens in any place, including any building and any means of transportation.

All in violation of 8 U.S.C.§§ 1324(a)(1)(A)(iii), (a)(1)(A)(v)(I), and (a)(1)(A)(v)(I).

## COUNT 2
### Harbor Illegal Aliens for Profit

On or about January 14, 2025, in the District of Arizona, defendants, CARLOS ABRAHAM MERINO-COBOS, MARIA CARMEN CORREA-RUIZ, CARLOS ANGEL MERINO-CORREA,, did knowing and in reckless disregard of the fact that certain aliens, including, but not limited to: Julio Caesar Hernandez-Hernandez and Jorge Alberto Aguila-Villalba, had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conceal, harbor, and shield from detection such aliens in any place, including any building and any means of transportation, for the purpose of commercial advantage or private financial gain.

All in violation of 8 U.S.C.§§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1-2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-2 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived

from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 11, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
CHONG-HO CHUNG
Assistant U.S. Attorney